Case 2:10-cv-00039-CAS-RZ   Document 17   Filed 07/15/10   Page 1 of 1   Page ID #:290

**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY JOE KNIGHT, | ) | CASE NO. CV 10-00039 CAS (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| PAMELA AHLIN, Executive Director, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 15, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE