Case 2:10-cv-00039-CAS-RZ Document 19 Filed 07/15/10 Page 1 of 1 Page ID #:291

O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY JOE KNIGHT, | ) | CASE NO. CV 10-00039 CAS (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| PAMELA AHLIN, Executive Director, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of BOBBY JOE KNIGHT, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 15, 2010

*[signature: Christina A. Snyder]*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE